**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00023-CV**
_____

**IN RE ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**

**Original Proceeding
58th District Court of Jefferson County, Texas
Trial Cause No. A-203954**

**ORDER**

Allstate Vehicle and Property Insurance Company, Relator, filed a petition for a writ of mandamus and a motion for temporary relief. *See* Tex. R. App. P. 52. Relator is a defendant in Trial Cause Number A-203954, *Hattie Dumas v. Allstate Vehicle & Property Ins. Co. and Tommy Driggers, Jr.*, pending in the 58th District Court in Jefferson County, Texas. Relator seeks a writ compelling the Honorable Kent Walston, Judge of the 58th District Court of Jefferson County, Texas, to vacate its January 13, 2022 Order on Plaintiff's Motion to Compel. *See* Tex. Gov't Code Ann. § 22.221.

1

Relator requests that the trial court's order compelling production of documents be stayed while this Court considers the mandamus petition. The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial court's order of January 13, 2022, granting Plaintiff's Motion to Compel and ordering Relator to respond to requests for production in Trial Cause Number A-203954 is STAYED until our opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of Relator as a condition to any relief herein granted.

The response of the Real Party in Interest, Hattie Dumas, is due February 7, 2022.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED January 26, 2022.

PER CURIAM

Before Kreger, Horton and Johnson, JJ.